UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GRADY KRZYWKOWSKI,**

    **Plaintiff,**

  v.                                      **Civil Action 2:24-cv-3902**
                                              **Judge Michael H. Watson**
**MIKE DAVIS,** *et al.***,**               **Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Direct the U.S. Marshal To Effectuate In-Person Hand Delivery of the Summons and Complaint. (ECF No. 53.) Plaintiff submitted summonses and United States Marshal Service forms for use in effecting service of process over Defendants Ronald Smith and Harold May. (ECF No. 53-1.)

The Clerk is **DIRECTED** to issue the summonses, and the United States Marshal is **DIRECTED** to serve by certified mail upon the Defendants the issued summonses, a copy of the Amended Complaint (ECF No. 5), and a copy of the October 22, 2024, Order and Report and Recommendation (ECF No. 33).

    IT IS SO ORDERED.

                                                      /s/ *Chelsey M. Vascura*
                                                      CHELSEY M. VASCURA
                                                      UNITED STATES MAGISTRATE JUDGE