UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GRADY KRZYWKOWSKI,

Plaintiff,

v.                                                    Civil Action 2:24-cv-3902
                                                      Judge Michael H. Watson
                                                      Magistrate Judge Chelsey M. Vascura

MIKE DAVIS, *et al.*,

Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Serve all Dispositive Motions/Pleadings to the Defendants Via Clerk of Court, and his corrected Motion, which includes a signature. (ECF Nos. 95, 97.) Therein, Plaintiff explains that the costs associated with providing Defendants with service copies of his filings is a drain on his limited resources. (*Id.*) Defendants responded to Plaintiff's Motion, arguing that Plaintiff should not be given electronic filing rights. (ECF No. 96.) This is not how the Court interprets Plaintiff's Motion. Rather, the Court construes Plaintiff's Motion to ask that he not be required to mail separate service copies of his filings to Defendants when Defendants receive electronic notification of his filings anyway and can access his filings by downloading them from the online docket. Because Defendants receive electronic notification of Plaintiff's filings, Plaintiff is not required to separately mail service copies of those filings to Defendants. Plaintiff does not require an order of the Court to discontinue mailing service copies of his filings to Defendants.

Accordingly, Plaintiff's Motions (ECF Nos. 95, 97) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE