UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Grady Krzywkowski,

    Plaintiff,

    v.

Mike Davis, *et al.*,

    Defendants.

Case No. 2:24-cv-3902

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court deny Defendants' motion for judgment on the pleadings and Plaintiff's motion for partial summary judgment. ECF No. 94. The R&R notified the parties of their right to object to that recommendation and that a failure to timely object would result in forfeiture of the right to *de novo* review by the Undersigned as well as forfeiture of the right to appeal an adoption of the R&R. *Id.* The deadline for objecting has passed, and no party objected. Accordingly, the Court **ADOPTS** the R&R, **DENIES** Defendants' motion for judgment on the pleadings, ECF No. 51, and **DENIES** Plaintiff's motion for partial summary judgment, ECF No. 68. The Clerk shall terminate ECF Nos. 51, 68, and 94 as pending.

    IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT