UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GRADY KRZYWKOWSKI,

      **Plaintiff,**

  v.                                 Civil Action 2:24-cv-3902
                                       Judge Michael H. Watson
                                       Magistrate Judge Chelsey M. Vascura

MIKE DAVIS, *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Enlargement of Time of the Court's Scheduling Order and Request for Pretrial Telephonic Conference (ECF No. 102). Therein, Plaintiff seeks a six-month extension of the case schedule. Plaintiff complains of intermittent library closures, inconsistent Lexis access, and lack of counsel, but these issues have not prevented Plaintiff from recently filing multiple additional motions, including one for summary judgment. (*See* ECF No. 104.) Nor does Plaintiff substantiate his statement that "he still has not been given an opportunity to serve discovery requests upon" four of the Defendants, which is suspect because he has already served discovery requests on three other Defendants, as evidenced by his recently filed Motion to Compel Discovery (ECF No. 105). Nor does the Court find that a telephone conference would be helpful or appropriate at this time. For these reasons, Plaintiff's Motion for Enlargement of Time of the Court's Scheduling Order and Request for Pretrial Telephonic Conference (ECF No. 102) is **DENIED**.

    IT IS SO ORDERED.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE