UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GRADY KRZYWKOWSKI,**

    **Plaintiff,**

  v.                                       **Civil Action 2:24-cv-3902**
                                            **Judge Michael H. Watson**
**MIKE DAVIS,** *et al.*,                  **Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

## ORDER

    This matter is before the Court on Plaintiff's Motion seeking to file a thirty-five-page Response in Opposition to Defendants' forty-two-page Motion for Summary Judgment. (ECF No. 134.) Plaintiff explains that additional pages are necessary because Defendants' Motion for Summary Judgment is made on behalf of eight Defendants and raises complex issues, including a qualified immunity defense. Accordingly, for good cause shown, Plaintiff's Motion (ECF No. 134) is **GRANTED**. Plaintiff is permitted to file a Response in Opposition that does not exceed thirty-five pages.

    **IT IS SO ORDERED.**

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE