UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Grady Krzywkowski,

     Plaintiff,

     v.

Mike Davis, *et al.*,

     Defendants.

Case No. 2:24-cv-3902

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R")
recommending that the Court deny Grady Krzywkowski's ("Plaintiff") motion for
summary judgment. R&R, ECF No. 144. Specifically, Plaintiff's motion relies on
facts that Defendants were deemed to have admitted under Federal Rule of Civil
Procedure 36(b) by virtue of not timely responding to Plaintiff's Requests for
Admission. *Id.* at 2–3. However, because Defendants eventually responded to
Plaintiff's Requests for Admission, the Magistrate Judge permitted Defendants to
withdraw their admissions. *Id.* at 3. Given that Plaintiff's motion relied entirely on
the withdrawn admissions, the R&R concluded that Plaintiff was not entitled to
summary judgment. *Id.*

The R&R notified Plaintiff of his right to object to that recommendation and
of the consequences of failing to do so. *Id.* at 4. The deadline for objecting has
passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the R&R

and **DENIES** Plaintiff's motion for summary judgment, ECF No. 104.  The Clerk

shall terminate ECF Nos. 104 and 144 as pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**