**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GRADY KRZYWKOWSKI,**

**Plaintiff,**

**v.**

**Civil Action 2:24-cv-3902**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

**MIKE DAVIS, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Supplement Motion for TRO with his supporting declaration (ECF No. 164). For good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to file on the docket Plaintiff's Declaration, attached to his Motion at ECF No. 164-2.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE